**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE #: | 8:26-cv-710 AEP | | DATE: | June 22, 2026 |
|---|---|---|---|---|
| HONORABLE ANTHONY E. PORCELLI | | | | |
| EDWARD BOWLDS et al<br>　　　　Plaintiff,<br><br>v.<br><br>WAFFLE HOUSE, INC. et al.<br>　　　　Defendant. | | | PLAINTIFF COUNSEL<br>William Lee Clark | |
| | | | DEFENSE COUNSEL<br>Kimberly Young | |
| COURT REPORTER:  Digital | | | DEPUTY CLERK: | Lynne Vito |
| TIME: 10:02 TO 10:17　　TOTAL:  15 min | | | COURTROOM: | 10A |

PROCEEDINGS:  DISCOVERY HEARING - ZOOM

Oral Argument heard regarding outstanding discovery.

Court directs the video be produced before the deposition.

Confidentiality order issue court finds basis to protect software. Same applies for the facilities letter.

Oral motion to compel production of video.  Granted.